2012-09-20 10:59 FROM: The Center for Medical Weight Loss TO: 3148729174

Gusmann  347 †

# MAKE MORE MONEY WITH GREATER PATIENT CARE!
# WE ARE EXPANDING INTO YOUR AREA!!

*"Obesity program adopted by doctors."* — The New York Times

*"An Rx for Growth from Weight Loss."* — WALL STREET JOURNAL

*"Growing Trend Amongst Doctors"*

*"Achieve significant weight loss"* — The American Journal of Medicine

## Market Opportunity:

- Americans spend more than $60B annually on weight loss and diet programs.
- 53 diseases are linked to obesity
- Over 80% of Type II Diabetes is directly related to obesity.
- Over 70% of cardiovascular disease is directly related to obesity.
- The FDA states "No commercial non-medical program has had successful long term results."

- Effective January 2012, Medicare and many private insurance companies, now provide reimbursement for obesity screenings and counseling by Primary Care Physicians.
- According to the CDC, there are 33 states with an obesity rate greater than 25%.
- Obesity is the second leading preventable cause of death in the US.
- There are over 78M obese Americans; over 40M are severely obese; over 8M are morbidly obese.

---

☐ **Yes, I would like to learn more and schedule a free online webinar.**

Name: _____ Title: _____

Best day(s) for an online meeting: ☐ Mon ☐ Tues ☐ Wed ☐ Thur ☐ Fri

Best time(s) for an online meeting: ☐ Morning ☐ Afternoon ☐ Evening

Address: _____

Phone: _____ Fax: _____

Fax to: 914.332.4192 to get more information or call 888.824.0216 to schedule a free webinar

---

**888.824.0216**
**cmwldoctor.com**



**the center for medical weight loss**®
Evidence-based weight loss.

To be removed from our list, please call toll free 1-877-281-1542 or go to www.donotsend.net/FAXNUM.asp & enter pin 0204.

**EXHIBIT A**