2012-10-11 13:24  FROM: The Center for Medical Weight Loss TO:  3148729174

*Gusmann*

346 X

# INCREASE YOUR PRACTICE REVENUE BY
# $20,000 PER MONTH
## WITH OR WITHOUT INSURANCE



**Learn how to treat obesity with our scientifically proven, evidence-based programs.***

The Center for Medical Weight Loss program is the first of its kind, offering the non-surgical, personalized, comprehensive physician-supervised weight loss approach that leads to proven long-term healthy weight maintenance.

**WE ARE THE STANDARD OF CARE.** Using evidence based practices CMWL has trained more than 700 board certified physicians in bariatric medicine.

**WITH MORE THAN 400 LOCATIONS IN 45 STATES,** CMWL provides complete training and ongoing support to help physicians successfully integrate non-surgical, weight loss medicine into existing practices.

**To learn how to easily integrate non-surgical weight loss into your existing practice, call today! 888.819.5609**



the center for medical weight loss®

Evidence-based weight loss.

888.819.5609        cmwldoctor.com

*The study demonstrated that any patient on the CMWL meal-replacement program without an appetite suppressant for at least 4 weeks lost an average of 11.1% of their excess body weight at 12 weeks.
To be removed from our list, please call toll free 1-877-281-8342 or go to www.donotsendme/FAXWLM.asp & enter your 980X.



EXHIBIT B