2012-11-08 15:45  FROM: The Center for Medical Weight Loss  TO: 3148729174

Electronically Filed - St Louis County - March 02, 2015 - 04:29 PM

*Gusmann*                                                                345 x

# MAKE MORE MONEY WITH GREATER PATIENT CARE! WE ARE EXPANDING INTO YOUR AREA!!



"Obesity program adopted by doctors." — *The New York Times*

"An Rx for Growth from Weight Loss." — *WALL STREET JOURNAL*

"Growing Trend Amongst Doctors"

"Achieve significant weight loss" — *The American Journal of Medicine*

## Market Opportunity:

- Americans spend more than $60B annually on weight loss and diet programs.
- 53 diseases are linked to obesity
- Over 80% of Type II Diabetes is directly related to obesity.
- Over 70% of cardiovascular disease is directly related to obesity.
- The FDA states "No commercial non-medical program has had successful long term results."
- Effective January 2012, Medicare and many private insurance companies, now provide reimbursement for obesity screenings and counseling by Primary Care Physicians.
- June 2012 USPSTF recommends obesity screening for all adults and management of obesity for patients with a BMI of 30 or higher for PCP's.
- There are over 78M obese Americans; over 40M are severely obese; over 6M are morbidly obese.

☐ Yes, I would like to schedule a free online webinar to learn more about training and integration of medical weight loss into my practice.

Name: _____   Title: _____

Address: _____

Phone: _____   Fax: _____

Fax to: 914.332.4192 to get more information or call 888.824.0216 to schedule a free webinar

888.824.0216
cmwldoctor.com



the center for medical weight loss®
Evidence-based weight loss.

To be removed from our list, please call toll free 1-877-281-5642 or go to www.donotsend.net/FAXNLM.asp & enter your fax#.



EXHIBIT C