Case: 4:15-cv-00615-ERW   Doc. #: 5-4   Filed: 04/15/15   Page: 1 of 1 PageID #: 111

Electronically Filed - St Louis County - March 02, 2015 - 04:29 PM

2012-11-30 09:59   FROM: The Center for Medical Weight Loss TO: 3148729174

Geismann MD P.C.                                    344   x

# INCREASE REVENUE WITH GREATER PATIENT CARE
## THE CENTER FOR MEDICAL WEIGHT LOSS IS EXPANDING INTO YOUR AREA



"Obesity program adopted by doctors." — The New York Times
"An Rx for Growth from Weight Loss." — Wall Street Journal
"Growing trend Amongst doctors" — CNBC
"Achieve significant weight loss" — The American Journal of Medicine

### Market Opportunity:

- Americans spend more than $60B annually on weight loss and diet programs.
- 53 diseases are linked to obesity
- Over 80% of Type II Diabetes is directly related to obesity.
- Over 70% of cardiovascular disease is directly related to obesity.
- The FDA states "No commercial non-medical program has had successful long term results."

- Effective January 2012, Medicare and many private insurance companies, now provide reimbursement for obesity screenings and counseling by Primary Care Physicians.
- June 2012 USPSTF recommends obesity screening for all adults and management of obesity for patients with a BMI of 30 or higher for PCPs.
- There are over 78M obese Americans; over 40M are severely obese; over 6M are morbidly obese.

☐ YES, I would like to schedule a free online webinar to learn more about training and integration of medical weight loss into my practice.

Name: _____  Title: _____
Best day(s) for an online meeting: ☐ Mon ☐ Tues ☐ Wed ☐ Thur ☐ Fri
Best time(s) for an online meeting: ☐ Morning ☐ Afternoon ☐ Evening
Address: _____
Phone: _____  Fax: _____

Fax to: 914.332.4192 to get more information or call 888.824.0216 to schedule a free webinar

888.824.0216
cmwldoctor.com


the center for medical weight loss®
Evidence-based weight loss.

To be removed from our list, please call toll free 1-877-261-6342 or go to www.removefax.net/FAXNUM.asp & enter pin# 9904.

EXHIBIT D