

# ARE YOU READY FOR THE AFFORDABLE CARE ACT?

## THE CMWL PROGRAM CAN INCREASE REVENUE $20K PER MONTH

**Typical Insurance Patient**
- Insurance $40
- Cash $0
- Co-pay $20
- $60 NET REVENUE PER VISIT
- $204* NET REVENUE PER YEAR

**Typical CMWL Obese Patient: Preventive Services Under the Affordable Care Act**
**NO DEDUCTIBLE NO CO-PAY**
- Insurance $105
- Cash $67
- Co-pay $0
- $172 NET REVENUE PER VISIT
- $4,472** NET REVENUE PER YEAR

With preventive services being a cornerstone of the Affordable Care Act, a 15 minute obesity preventive visit will generate, on average, $172 in net revenue with no deductible or co-payment. Find out how a small investment can increase practice revenue by $20K per month.

☐ Yes, I would like to learn more and schedule a free online webinar.

Name: _____ Title: _____ MD☐ DO☐ NP☐ PA☐
Best day(s) for an online meeting: ☐ Mon ☐ Tues ☐ Wed ☐ Thur ☐ Fri ☐ Sat
Best time(s) for an online meeting: ☐ Morning ☐ Afternoon ☐ Evening
Address: _____
Phone: _____ Email: _____
Group Practice? ☐ No ☐ Yes  Practice Name: _____

**Fax to: 914.332.4192**

888.824.0216
cmwldoctor.com


CMWL
the center for medical weight loss

To be removed from our list, please call toll free 1-877-251-0542 or go to www.doctoradd.net/FAX & enter pin# 5804.
*Assuming 3.4 visits per year **Assuming 26 preventive visits per year. No deductible or co-pay.

**EXHIBIT E**