2013-12-12 15:16 FROM: The Center for Medical Weight Loss TO: 3148729174

Electronically Filed - St Louis County - March 02, 2015 - 04:29 PM

*Geismann*

334x

# Free 2 Day Obesity Training Conference

## What are you doing in 2014 to help your obese patients?

- The CDC and AMA recognize obesity as a chronic disease
- U.S. Preventive Services Task Force recommends obesity screening and treatment
- CMS decision covering obesity care leads to coverage under Medicare and private insurance at favorable rates
- Under the Affordable Care Act, preventive services for obesity care at higher rates with an increased focus on wellness and prevention

### New Year, New Opportunity, New Membership Offer!

Free training - generate additional revenue while helping your patients achieve a healthy weight.

Be our guest and attend for Free! Seats are limited, register now!
January 16-17 at Phoenix Marriot
Time: 7:30 AM - 6:00 PM
Call 602-225-9000 for preferred hotel rate of $189/night

| Name: | Title: | MD ☐ DO ☐ NP ☐ PA ☐ |
|---|---|---|
| Staff Name: | Title: | |
| Address: | | |
| Phone: | Email: | |
| Group Practice? ☐ No ☐ Yes | Practice Name: | |

**Fax to: 914.332.4192**

888.824.0216
cmwldoctor.com



CMWC
the center for medical weight loss

To be removed from our list, please call toll free 1-877-381-0042 or go to www.donotsend.net/FAX & enter pin# 0001.

**EXHIBIT F**