UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:15CV00615 ERW |
| | ) |
| BE-THIN, INC., et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Be-Thin, Inc.'s Motion to Transfer to the Southern District of New York [ECF No. 19].

By consent of the parties, this case is transferred to the Southern District of New York.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Be-Thin, Inc.'s Motion to Transfer to the Southern District of New York [ECF No. 19] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Be-Thin, Inc.'s Motion to Strike Class Allegations is held in abeyance pending the transfer of the case.

So Ordered this 20th day of May, 2015.

*[signature]*

**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**